# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS HECK,<br>    Plaintiff,<br>v.<br>ALLSTATE FIRE AND INSURANCE COMPANY,<br>    Defendant. | Case No. 2:23-cv-00351-GMN-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 12, 2023, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: April 28, 2023

                                                Nancy J. Koppe
                                                United States Magistrate Judge