UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS HECK,<br><br>         Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY<br>INSURANCE COMPANY,<br><br>         Defendant. | Case No. 2:23-cv-00351-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 10] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 10. The presumptively reasonable discovery period is 180 days. Local Rule 26-1(b)(1). Here, however, the parties seek a 365-day discovery period. Docket No. 10 at 2. When a specific showing has been made that established deadlines cannot be met in a particular circumstance, the Court has found good cause for extension. The instant request makes no specific showing at all and, instead, relies on generalized assertions that can be made about all litigation.

Accordingly, the proposed discovery plan is **DENIED** without prejudice. Docket No. 10. An amended discovery plan must be filed by May 22, 2023. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply based on the particular circumstances of this case. Otherwise, the parties must include the default deadlines, properly calculated from the date of Defendant's answer or first appearance.

IT IS SO ORDERED.

Dated: May 15, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1