

JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS HECK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-00351-GMN-NJK<br><br><br>**STIPULATION AND ORDER FOR PRIVATE BINDING ARBITRATION AND DISMISSAL OF BAD FAITH CLAIMS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DOUGLAS HECK, by and through his attorney, BRADLEY J. MYERS, ESQ., and MATTHEW P. PAWLOWSKI, ESQ. of THE702FIRM and Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, by and through its attorney, JOHN T. KEATING, of the law firm of KEATING LAW GROUP, to resolve by private binding arbitration any and all disputes including but not limited to liability, causation, bodily injury and property damage arising from a motor vehicle accident which occurred on or about February 24, 2017 in Clark County, Nevada.

///

///

///

///

IT IS FURTHER STIPULATED AND AGREED by and between the parties that Plaintiff's bad faith causes of action are hereby dismissed without prejudice.

DATED this 27th day of September 2023.　　　DATED this 27th day of September 2023.

KEATING LAW GROUP　　　　　　　　　　　THE702FIRM INJURY LAWYERS

　/s/John T. Keating_____　　　　　/s/Matthew P. Pawlowski_____
JOHN T. KEATING　　　　　　　　　　　　MATTHEW P. PAWLOWSKI
Nevada Bar No.: 6373　　　　　　　　　　　Nevada Bar No.: 9889
9130 W. Russell Road, Suite 200　　　　　　BRADLEY J. MEYERS
Las Vegas, Nevada 89148　　　　　　　　　Nevada Bar No.: 8857
Attorney for Defendant　　　　　　　　　　8335 W. Flamingo Road
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89147
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED. For administrative purposes, the Clerk of Court is instructed to stay the case. IT IS FURTHER ORDERED that the parties must file a joint status report informing the Court of the progress of the arbitration proceedings every 90 days.

DATED this 27 day of September 2023.

_____
United States District Court Judge

Respectfully Submitted by:

K E A T I N G LAW GROUP

　__/s/John T. Keating_____
JOHN T. KEATING
Nevada Bar No. 6373
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
Attorney for Defendant

2