JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS HECK, an individual, | CASE NO.:  2:23-cv-00351-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, an Illinois Corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 8th day of May 2024.

**K E A T I N G** LAW GROUP

_/s/John T. Keating_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant

DATED this 8th day of May 2024.

THE702FIRM

_/s/Matthew P. Pawlowski_____
MATTHEW P. PAWLOWSKI
Nevada Bar No.: 9889
8335 W. Flamingo Road
Las Vegas, Nevada 89147
Attorney for Plaintiff

1

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED this __8__ day of May 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP

_/s/John T. Keating_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant

KEATING LAW GROUP
9130 W. RUSSELL RD., SUITE 200
LAS VEGAS, NEVADA 89148

2